IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON DARIA,

    Petitioner,                No. CIV S-10-0526 KJM P

  vs.

J.W. HAVILAND,

    Respondent.              <u>ORDER</u>

                                /

        In light of petitioner's request for an extension of time, the order dismissing the case and the judgment (docket nos. 6 & 7) are vacated, petitioner's request for an extension of time (docket no. 5) is granted and petitioner is given an additional thirty days from the date of this order in which to file his request to proceed in forma pauperis or pay the filing fee.

        IT IS SO ORDERED.

DATED: June 10, 2010.

                                            U.S. MAGISTRATE JUDGE

2
dari0526.vj

1